AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MISSION CAPITAL LLC, and DOES 1 through 10, inclusive, and each of them, | ) ) ) |
| _____ | ) ) |
| *Defendant(s)* | ) |

Civil Action No. 0:18-cv-62566

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MISSION CAPITAL LLC
C/O REGISTERED AGENT, MY CREAMS LLC
2962 S.W. 26TH TERRACE, SUITE 202
FT. LAUDERDALE, FLORIDA 33312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Raymond R. Dieppa, Esq.
Florida Legal, LLC
261 N.E. 1st Street, Suite 502
Miami, Florida 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    10/25/2018

Steven M. Larimore
Clerk of Court

*s/ P. Curtis*
Deputy Clerk
U.S. District Courts