**AFFIDAVIT OF SERVICE**     OBTAIN DESCRIPTION

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-62566

Plaintiff:
**TERRY FABRICANT, individually and on behalf of all others similarly situated,**
vs.
Defendant:
**MISSION CAPITAL LLC, and DOES 1 through 10, inclusive, and each of them,**

For: Raymond Dieppa, Esq.
FLORIDA LEGAL, LLC

Received by Professional Process Servers on the 26th day of October, 2018 at 9:00 am to be served on **MISSION CAPITAL LLC, C/O GRETTA STEFANSKY, 51 MARINER WAY, MONSEY, NY 10952.** I, _Roberto Cedeno_, being duly sworn, depose and say that on the _20_ day of _November_, 20_18_ at _1:53_ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and AMENDED COMPLAINT FOR VIOLATIONS** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(x) SUBSTITUTE SERVICE: By serving _Michelle Stefansky_ as _Daughter_.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Description: Age _19_ Sex M (F) Race _Caucasian_ Height _5'5_ Weight _150_ Hair _Brown_ Glasses Y (N)

COMMENTS: _____

17556

## AFFIDAVIT OF SERVICE For 18-CV-62566

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 26th day of November, 2018 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Stephanie Sierra**
Notary Public-State of New York
No. 01SI6360292
Qualified in Dutchess County
My Commission Expires June 19, 2021

_____
Roberto Cedeno
PROCESS SERVER #_____
Appointed in accordance with State Statutes

**Professional Process Servers
& Investigators, Inc.**
1749 N.E. 26th Street, Suite A
Wilton Manors, FL 33305
(954) 566-2523

Our Job Serial Number: 2018017556

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0h

AO 440 (Rev. 06/12) Summons in a Civil Action

**OBTAIN DESCRIPTION**

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SERVED: MICHELLE STEFANS — DAUGHTER

DATE: 11/20/18 TIME: 1:53 PM

INITIALS: RC   ID#: —

19 F CAUCASIAN 5'5 150 BROWN N

TERRY FABRICANT, individually and on behalf of all others similarly situated,

  *Plaintiff(s)*

v.

MISSION CAPITAL LLC, and DOES 1 through 10, inclusive, and each of them,

  *Defendant(s)*

Civil Action No. 0:18-cv-62566

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MISSION CAPITAL LLC
C/O REGISTERED AGENT, MY CREAMS LLC
2962 S.W. 26TH TERRACE, SUITE 202
FT. LAUDERDALE, FLORIDA 33312

2A: c/o Gretta Stefansk
51 Mariner Way
Monsey, NY 10952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Raymond R. Dieppa, Esq.
Florida Legal, LLC
261 N.E. 1st Street, Suite 502
Miami, Florida 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 10/25/2018

Steven M. Larimore
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts

