Raymond R. Dieppa (SBN 27690)
FLORIDA LEGAL, LLC
261 N.E. 1st Street, Suite 502
Miami, FL 33132
Phone: (305) 901-2209
Ray.dieppa@floridalegal.law

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **TERRY FABRICANT**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **MISSION CAPITAL LLC**; DOES 1 through 10, inclusive, <br><br> Defendant(s). | Case No. <br><br> 18-cv-62566-BB <br><br> **NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** May 30, 2019            **Law Offices of Todd M. Friedman, P.C.**

By: s/ Raymond R. Dieppa
Raymond R. Dieppa

## **<u>CERTIFICATE OF SERVICE</u>**

Filed electronically on May 30, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on May 30, 2019, to:

To the Honorable Court, all parties and their Counsel of Record


<u>s/Raymond R. Dieppa</u>
  Raymond R. Dieppa